FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

**FILED**

IN THE UNITED STATES DISTRICT COURT

AUG 2 8 2008

FOR THE DISTRICT OF COLUMBIA

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HAROLD BENNETT, REG. NO. 35208-007

PRO SE PRISONER F.C.I

PO B 1000

Cumberland, MD 21501

(Full name, prison identification
number and address of the plaintiff)

v.

Case: 1:08-cv-01497
Assigned To : Sullivan, Emmet G.
Assign. Date : 8/28/2008
Description: Pro Se Gen. Civil

MAYOR ADRIAN FENTY,

DISTRICT OF COLUMBIA

DEPARTMENT OF CORRECTIONS

CENTRAL DET. FAC. MEDICAL STAFF

(Full name and address of the defendant(s))

**COMPLAINT**

Negligent Medical Treatment
That Resulted In Permenant
Injury. SEE CONST. AMEND EIGHT

## COMPLAINT

**I.    Previous lawsuits**

   A.    Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

   YES [  ]    NO [xx]

   B.    If you answered YES, describe that case(s) in the spaces below.

      1.    Parties to the other case(s):

         Plaintiff: _____ **NA** _____

         Defendant(s): _____ **NA** _____

**RECEIVED**

AUG 2 1 2008

Clerk, U.S. District and
Bankruptcy Courts

1

2.    Court (if a federal court name the district; if a state court name the city or county): _____ **NA** _____

3.    Case No.: _____ **NA** _____

4.    Date filed: _____ **NA** _____

5.    Name of judge that handled the case: _____ **NA** _____

6.    Disposition (won, dismissed, still pending, on appeal): _____ **NA** _____

_____

7.    Date of disposition: _____ **NA** _____

## II.    Administrative proceedings

A.    If you are in a Division of Correction facility, did you file an administrative remedy procedure request under DCD 185-001, et seq.?

YES [  ]    NO [**XX**]

1.    If you answered YES:

a.    What was the result? _____

_____

b.    Did you appeal to the Commissioner?

YES [  ]    NO [**XX**]

2.    If you answered NO to either of the questions above, explain why you did not file an administrative remedy procedure request or an appeal to the

Commissioner. __ I WAS UNABLE TO DO SO DUE TO SUDDEN

__ PRISON TRANSFER FROM THE D.C. JAIL TO FEDERAL MAR-

__ SHALLS TO BUREAU OF PRISONS (FEDERAL) WHILE IN THE
PROCESS OF TRYING TO RECEIVE PROPER MEDICAL TREATMENT.

3.  Did you file any other type of administrative complaint such as an appeal to
    the warden of an adjustment decision or a decision to withhold mail, a
    complaint to the Sundry Claims Board, etc.?

           YES [   ]     NO [XX]

4.  If you answered YES, explain what you filed and what was the result.

_____ NA _____

_____ NA _____

_____ NA _____

B.  If you are not in a Division of Correction facility, is there a grievance procedure at
    your institution?

           YES [   ]     NO [   ]

If your answer is YES:

1.  Did you file a grievance?

           YES [   ]     NO [   ]

2.  If you filed a grievance what was the result? _____

    _____

3.  If you did not file a grievance explain why not? _____

    _____

**III.** **Statement of claim**
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

ON MARCH 1, 2008, I INJURED MY RIGHT ANKLE PLAYING HANDBALL IN CELL BLOCK S.W.1 INDOOR GYM. I IMMEDIATELY REPORTED IT TO THE BLOCK OFFICER. AN INJURY REPORT WAS IMMEDIATELY WRITTEN BY THE C.O. I WAS THEN TAKEN IMMEDIATELY TO THE D.C. JAIL INFIRMARY. I WAS SEEN BY A P.A. BY THE NAME OF ANGELA PEARCE-YOUNG. [PLEASE SEE THE ATTACHMENT]

**IV.** **Relief**
(State briefly what you want the Court to do for you)

THIS PLAINTIFF PRAYS FOR THIS DISTRICT COURT TO GRANT HIM THE MONETARY RELIEF OF $75,000.00, BASED ON THE INTENTIONAL AND DELIBERATE MEDICAL NEGLIGENCE, AND MALPRACTICE INVOKED BY THE MEDICAL STAFF AT THE D.C. JAIL.

SIGNED THIS _____ day of __JULY_____, 2008.

_____
(original signature of plaintiff)

_____

_____

_____
(address of plaintiff)

1983 Complaint Rev. (2/18/2005)                4

Continue From Page 4

I WAS GVIEN A FEW PAIN PILLS, EITHER MOTRIN OR TYLENOL, AN ICE PACK AND TWO CANES. AND WAS TOLD "I'D BE ALLRIGHT AND WAS SENT BACK TO CELL BLOCK S.W.-1. FOR THE NEXT 3 DAYS I WAS EXPERIENCING SEVERE PAIN IN MY RIGHT ANKLE. I HAD CONSISTENTLY REQUESTED FOR FURTHER MEDICAL TREATMENT. EACH TIME THE CELL BLOCK C.O. WOULD TELL ME THAT HE/SHE CALLED UP TO THE INFIRM-ARY AND WAS TOLD I HAD TO WAIT AND SIGN UP FOR SICK CALL BE-CAUSE MY CONDITION WAS NON-LIFE THREATENING.

ON MARCH 6, 2008, I WAS TOLD TO PACK MY BAGS AND THAT I WAS BEING FEDERALLY TRANSFERRED. I TRIED TO PROTEST, STATING THAT I HAD A BAD ANKLE, WAS STILL IN EXTREME PAIN AND NEEDED TO SEE MEDICAL PERSONEL. I WAS THREATENED WITH PHYSICAL HARM IF I DID NOT COMPLY WITH THE CORRECTIONAL OFFICER'S INSTRUCT-IONS TO PACK OUT AND GO TO THE R&D UNIT FOR MY "SUDDEN" FED-ERAL TRANSFER.

ONCE I ARRIVED IN THE R&D (RECEIVING AND DISCHARGING UNIT) I AGAIN PLEADED WITH THE MARSHALLS AND R&D STAFF OFFICERS ABOUT MY EXISTING MEDICAL PROBLEM THAT WASN'T FULLY ADDRESSED AND TREATED BY THE D.C. JAIL'S MEDICAL STAFF. THEY REPLIED BY STATING THERE WERE NO PAPERWORK GIVEN TOTHEM CONCERNING MY IN-JURY. AND THEN IMMEDIATELY PROCEEDED TO PROCESS ME OUT OF THE R&D UNIT. ADDITIONALLY, THE MARSHALLS VERY AGGRESSIVELY

**Page One**

AND IN A THREATENING MANNER, SNATCHED MY CANE AND STATED, "IF I DID NOT HOBBLE MY UGLY ASS ON THAT BUS, I WOULD RECEIVE AN ASS WHIPPING THAT WOULD MAKE JESUS SCREAM IN PAIN." THE ENTIRE TIME I WAS ON THE BUS TO FCC PHILADELPHIA, I SUFFERED IN PAIN BEYOND WORDS.

ONCE I ARRIVED AT FCC PHILADELPHIA, I IMMEDIATELY PLEADED WITH THE CORRECTIONAL STAFF TO PROVIDE ME WITH EITHER SOME MEDICAL SERVICE OR AT LEAST A FEW OVER THE COUNTER PAIN PILLS UNTIL I GET TO MY FEDERAL PRISON DESIGNATION. I WAS DENIED WITHOUT SO MUCH AS A LEGITIMATE SENTENCE OF ANY MEDICAL ASSISTANCE. FOR THE NEXT 2 OR 3 DAYS I LANGUISHED IN EXTREME PAIN AND WAS NOT ALLOWED TO HAVE MY WALKING CANE. EXCEPT FOR A COUPLE OTHER INMATES THAT FELT SYMPATHETIC FOR MY CONDITION AND GAVE ME A FEW OF THEIR TYLENOLS, I HAD RECEIVED NO MEDICAL ATTENTION AT ALL, NO MATTER HOW MUCH I PLEADED FOR HELP.

AFTER I ARRIVED AT MY FEDERAL DESIGNATION, F.C.I. CUMBERLAND, MARYLAND ON MARCH 8, 2008, I IMMEDIATELY SOUGHT MEDICAL ATTENTION FOR MY RIGHT ANKLE. AGAIN, I WAS GIVEN PAIN PILLS, ALLOWED THE USAGE OF MY CANE, AND PLACED ON A WAITING LIST TO SEE A PHYSICIAN'S ASSISTANT. I WAS THEN SEEN BY A P.A. AND WAS ORDERED X-RAYS FOR MY ANKLE.

THEREFORE, BECAUSE OF LACK OF PROPER MEDICAL TREATMENT FROM THE D.C. JAIL'S MEDICAL STAFF, IN ADDITION TO THE VERY CRUEL AND HARSH TREATMENT EXTENDING FROM CORRECTIONAL STAFF, AND UNITED STATES MARSHALLS TRANSPORTING OFFICERS, MY RIGHT ANKLE HEALED

VERY INADEQUATELY.  THE DAMAGE IS IRREVERSIBLE WITHOUT EX-
TENSIVE AND EXPENSIVE OPERATIONS.  PLAINTIFF IS UNABLE  TO
WALK PROPERLY WITHOUT A CANE.  THIS WILL MEAN THAT PLAINTIFF
UPON RELEASE FROM PRISON WILL NOT BE ABLE TO OBTAIN EMPLOYMENT
THAT HE IS ACCUSTOMED TO HAVING, AS A CONSTRUCTION WORKER.
AND THAT PLAINTIFF MAY HAVE TO SETTLE FOR "ASSISTED LIVING"
CHECKS, FOOD STAMPS, ETC.  PLAINTIFF HAS A FIANCE WHOM WILL BE
EXPECTING SHARED LIVING EXPENSES FROM PLAINTIFF.  PLAINTIFF HAS
NO OTHER VIABLE EMPLOYMENT SKILLS WITHOUT ENROLLING IN SOME
SORT OF VOCATIONAL, OR COLLEGE ORIENTED CAREER PROGRAMS.

PLAINTIFF IS 48 YEARS OLD, AND NOW, BECAUSE OF THE MEDICAL
NEGLIGENCE, AND MALPRACTICE, IS PHYSICALLY DISABLED FROM ENTER-
ING THE VERY AGGRESSIVE AND COMPETIVE CONSTRUCTION INDUSTRY,
THAT ORDINARILY WOULD PROVIDE SUFFICIENT FUNDS TO ENABLE HIM TO
SUPPORT HIMSELF AND HIS FAMILY.

ADDITIONALLY, PLAINTIFF INCURRED AND SUFFERED EXTREME
EMOTIONAL DISRESS, PHYSICAL IMPAIRMENT THAT DISALLOWS DAILY EX-
ERCISE, MUST WALK WITH A CANE AND SLEEP IRREGULARLY.

HAD THE MEDICAL STAFF PROPERLY DIAGNOSED PLAINTIFF AND
VIEWED THE EXTENT OF THE DAMAGE OF HIS RIGHT ANKLE, AS WAS DONE
BY THE MEDICAL STAFF HERE AT F.C.I. CUMBERLAND, THEY WOULD NOT
HAVE MEDICALLY CLEARED HIM FOR TRANSFER TO A FEDERAL PRISON.
OR IN THE ALTERNATIVE, THE D.C. JAIL'S MEDICAL STAFF COULD
HAVE PROVIDED MEDICAL INSTRUCTIONS ON HOW THIS PLAINTIFF IS TO

**Page Three**

BE HANDLED DURING TRANSPORT.  HOWEVER, THIS WAS NOT DONE. THE
STAFF NAMED ABOVE FAILED TO PROPERLY TREAT THIS PLAINTIFF'S
INJURY THAT HAD EXACERBATED FURTHER BECAUSE OF INTENTIONAL NEG-
LIGENCE, SLOPPY MEDICAL CARE AND SHEER MALPRACTICE RESULTING
THEREOF.

THE MEDICAL STAFF'S INATTENTION IN THIS MATTER WAS VERY
UNPROFESSIONAL, AND WRECKLESS.  THE MAYOR AND THE DISTRICT OF
COLUMBIA GOVERNMENTAL AGENCY KNOWN AS THE DISTRICT OF COLUMBIA
CENTRAL DETENTION FACILITY (D.C. JAIL) ARE LIABLE FOR THE ACT-
IONS OF ITS HIRED MEDICAL STAFF HOUSED THEREIN.

THE ACTIONS INITIATED AND IMPLEMENTED BY SAID MEDICAL
STAFF INDICATES POOR TRAINING AND SUBSTANDARD OPERATIONS THAT
OBVIOUSLY GOES AGAINST POLICY ON HOW MEDICAL PROBLEMS SHOULD
BE ADDRESSED.  AND BECAUSE OF THIS PROFOUND PROBLEM, THIS
PLAINTIFF WAS NEEDLESSLY AND UNNECESSARILY PHYSICALLY AND MENT-
ALLY HARMED.

## CONCLUSION

IN LIGHT OF THE ABOVE FACTS AND ATTESTATIONS, THIS PLAIN-
TIFF RESPECTFULLY REQUESTS THIS COURT TO APPOINT HIM AN ATTORNEY
TO FURTHER ASSIST IN PROPERLY LITIGATING HIS CLAIM.

## CERTIFICATE OF SERVICE

I hereby certify that on this __15__ day of __~~~~ AUG__, 200~~8~~, a copy of this
_____ (title of the document) _____, was mailed, postage prepaid, to
~~(name and address of the attorney or person to whom you sent it)~~ the United States District Court, and its clerk for proper
distribution and service to the named defendants in this
matter. Plaintiff is indigent and would need assistance from the
clerk of this Honorable US Dist court in servicing the defendants in
their proper locations, and in government capacity. _(your signature)_
~~It is not necessary to state in the certificate of service that copies were sent to the Court or to the~~
~~Clerk.~~

~~Do not file any motions or memoranda that are longer than fifty pages unless you have received~~
~~permission from the Court. Most motions and memoranda should be much shorter than fifty pages.~~

~~You do not have to file copies of exhibits that are already on file in the same case. For example, if~~
~~the defendants in your case file a motion for summary judgment and attach as an exhibit to their~~
~~motion a copy of a sick call slip, you do not have to attach a copy of that document to your~~
~~opposition or to any motions you file. You may simply refer to the copy that is already in the file.~~

You must sign every pleading, motion, and memorandum that you file. You MAY NOT sign
someone else's name, nor may you file anything on behalf of someone else. In order for a pleading,
motion, or memorandum to be considered on behalf of more than one plaintiff, each plaintiff must
sign it.

Respectfully Submitted

Harold Bennett, pro se
Reg. # 35208-007
DCDC. # 186-909
Fed. Corr. Inst.
P.O. Box 1000
Cumberland MD 21501

Attachments /

Legal Mail

TO:

ADMINISTRATION MEDICAL RECORDS OFFICE
(DISTRICT OF COLUMBIA JAIL)
1901 D. Street, S.E. 3rd. Floor
Washington, D.C. 20003

MR. HAROLD BENNETT
REG. NO:35208-007
FEDERL CORRECTIONL INSTITUTION
P.O. BOX 1000
CUMBERLAND, MARYLAND 21501-1000

20003*2534-01 C033

# DIANAssociates

UNIVERSITY OF MARYLAND
RADIOLOGY REPORT

**PATIENT NAME:** Bennett Harold

**DATE OF BIRTH:** 19590429

**PATIENT NUMBER:** 35208-007

**REF. PHYSICIAN:**

**INSTITUTION NAME:** FCI CUMBERLAND

**EXAM DATE:** 2008031409311205501489

**EXAM TYPE:** Right ankle 3vw HX: baseball inj. x2wks ago/ pain medial aspectANKLE

**READING RADIOLOGIST:** Rasim Oz , MD

**HISTORY and STUDY COMMENTS**

Right ankle 3vw HX: baseball inj. x2wks ago/ pain medial aspect Ankle-joint

**FINDINGS AND CONCLUSION**

Abnormal ? fx of medial cuneiform. recommend correlate with pain and repeat view as indicated



5/5/08    SICK CALL
1055    PT C [illegible] REQUEST FOR DIABETIC
SOFT SHOES. PT REPORTS REGULAR BOOTS
ARE UNCOMFORTABLE "EVERY OTHER
DIABETIC HAS THEM, WHY CAN'T I."
PT REPORTS HAS NOT WORN BOOTS
IN OVER A MONTH, DESPITE BEING INFORMED
ON 4/15/08 THAT ORTHO ADVISED HE
ONLY WEAR HARD SOLED BOOT/S x1
MONTH 2° POSSIBLE CUNEIFORM FX.
REPORTS HE HAS ONLY BEEN WEARING
TENNIS SHOES. PT ALSO REPORTS THAT
FIRST (3) TOES OF (R) FOOT "FEEL
NUMB" x ~1 MONTH, REST OF FOOT
+ TOES FEEL NORMAL.
O: ATTO, NAD, WEARING TENNIS SHOES
FEET — MINIMAL [illegible] NOTED.
FEET WARM, SENSATE TO MONOFILAMENT
INCLUDING ALL TOES (B) FOOT, Ø [illegible]
ULCERS. DP PULSES, CAP REFILL <
2 SECONDS, 2 POINT DISCRIMINATION INTACT,
POSITION SENSE INTACT.
[circled illegible signature]

BENNETT, HAROLD
    35265 007

5/9/08 S/C (cont)

Just a request for soft shoes. Feet c̄ normal sensation

P: (1) Pt again educated he is to wear boots only w/ mult to heal Fx.

(2) Pt educated ref normal exam, & indication for soft shoes, his description of numbness to 3 toes is not typical DM stocking distribution, sensation to toes intact on exam, F/U CCC - earlier prn

[signature]

JERRY FORSTER, PA-C
FCI CUMBERLAND

6/4/08 1030 Sick call

Pt not present when called for appt to submit S/C request prn

[signature]

JERRY FORSTER, PA-C
FCI CUMBERLAND

All
Washington, DC
Fax: ( )

Case 1:08-cv-01497-EGS    Document 1-2    Filed 08/28/2008    Page 7 of 44

March 5, 2008
Page 1
Chart Document

## HAROLD BENNETT

Male  DOB:04/29/1959                    186909                    : (202)367-9008
                                                        Ins: CDF MMHS (747) Grp: NE2

**03/04/2008 - TextNote: Fed clearance**
**Provider: Fidelis Doh - MD**
**Location of Care: Central Dentention Facility**

Cleared for Fed transfer with meds.

**Signed by Fidelis Doh - MD on 03/04/2008 at 9:19 PM**

**02/29/2008 - Dental Procedure: PROSTH. X 5**
**Provider: Clarence Hammond - DDS**
**Location of Care: Central Dentention Facility**

MED.HX.: NKDA; TXMENTAL HEALTH; HX DIABETES; HX HTN/TX; PAST HX OF SEIZURE.
REWAX TRY IN W/BITE REGISTRATION.
DISCUSSED WITH PATIENT.
OH INSTRUCTIONS.

**Signed by Clarence Hammond - DDS on 03/03/2008 at 10:02 AM**

**02/28/2008 - Nursing Note: urgent care**
**Provider: Angela Pearce-Young - RN**
**Location of Care: DC JAIL MMHS**

URGENT CARE _ RN
1 Vitals

Mobility
Arrival Means: Ambulatory
Time In: 2300
Comments: Pt present to urgent care with c/o right calf pain s/p playing racket ball. Pt states he felt
something pop in his let. Increase pain with ambulation unable to bear weight. Pt given ice pack and cane.
Pt examined by me. Pt medicated as ordered and returned to unit.

Vital Signs
Temperature(oral): 98.9 degrees F
Temperature site: oral
Pulse: 51
Respirations: 18
Blood pressure: 155/92 mm Hg

**Signed by Angela Pearce-Young - RN on 02/29/2008 at 12:12 AM**

NSN 7540-00-634-4176

**MEDICAL RECORD**

## CHRONOLOGICAL RECORD OF MEDICAL CARE

AUTHORIZED FOR LOCAL REPRODUCTION

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| 3/14/08 0900 | [illegible] |
| | normal sensory function [illegible] feet [illegible] |
| | [illegible] x 90 days |
| | [illegible] x 90 days |
| | [illegible] 20 mg [illegible] |
| | [illegible] x 90 days |
| | [illegible] |
| | Patient education on all medications ordered above. [illegible] |
| | [illegible] |
| RX(s) Filled<br>See medication list. | ANDREW POTTER, PHARMD.<br>CHIEF PHARMACIST<br>FCI CUMBERLAND<br>[signature] 3-14-08 |

HOSPITAL OR MEDICAL FACILITY: FCI CUMBERLAND

STATUS

DEPART./SERVICE

RECORDS MAINTAINED AT

SPONSOR'S NAME

SSN/ID NO.

RELATIONSHIP TO SPONSOR

PATIENT'S IDENTIFICATION: *(For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)*

[illegible]

REGISTER NO.

WARD NO.

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| 4/14/08 late entry | [illegible] |
| 4/15/08 | SICK CALL |
| UGST | DISCUSSED ABNORMAL X RAY RESULTS [illegible] 3/14/08 C I/M. |
| | OF (R) ANKLE DATED 3/14/08 |
| | FOOT X-RAYS TO ORTHO FOR |
| | RECOMMENDATION LAST [illegible] PT [illegible] |
| | RECOMMENDATION [illegible] X-RAY [illegible] |
| | ↓ PAIN [illegible] X-RAY [illegible] |
| | PAIN TO ANKLE 3/10 ... RADIATION [illegible] |
| | ALLEVIATING [illegible] FACTOR ↑ [illegible] |
| | WEARING BOOTS. |
| | O: A+O, NAD. [illegible] NORMAL GAIT |
| | (R) [illegible] - Ø EDEMA/DEFORMITY/TENDERNESS |
| | X-RAY - 3/14/08 [illegible] CUNEIFORM Fx |
| | A: 2 Fx - (R) CUNEIFORM |
| | P: (1) PER C I/M. ORTHO, DR. [illegible], RECOMMENDS |
| | PT WEARS HARD SOLID BOOTS x 1 MONTH |
| | AND NO FURTHER Tx REQUIRED |
| | (2) PT EDUCATED REFF TO PLAN TO |
| | WEAR ISSUED BOOTS ONLY x 1 MONTH |
| | [illegible] BONE HEALS |

J. Forster, PAC
FCI Cumberland

STANDARD FORM 600 (REV. 6-97) BACK

FPI. LEX. Printed on Recycled Paper

**HAROLD BENNETT**
Male  DOB:04/29/1959                    186909          : (202)367-9008
                                                        Ins: CDF MMHS (747) Grp: NE2

---

02/28/2008 - Urgent Care
**Provider: Paulos Kidane - MD**
**Location of Care: Central Dentention Facility**

1 Physical
2 Plan

REASON FOR ENCOUNTER
Emergency: Yes
Nursing Triage: Yes
Time Of Contact: 1150
CC & HPI: I was playing  handball yesterday . I  over stretched
and pulled my muscle.
pt is requesting icepack .
alert and oriented in no acute distress.

Past Medical History
HEPATITIS C (ICD-070.51), DM, UNCOMPLICATED, TYPE II (ICD-250.00), HYPERTENSION (ICD-
401.1), POSTTRAUMATIC STRESS DISORDER (AXIS I) (DS4-309.81), BORDERLINE PERSONALIY
DISORDER (AXIS II) (DS4-301.83), POLYSUBSTANCE DEPENDENCE (AXIS I) (DS4-304.80), WOUND
OPEN, TONGUE/FLOOR MOUTH W/COMPL (ICD-873.74), BACK PAIN (ICD-724.5), DYSHIDROTIC
ECZEMA (ICD-705.81).
Current Medication/s
NORVASC 5 MG TABS one tab po qd, METFORMIN HCL 500 MG TABS one tab po BID, ASPIRIN 81
MG TAB one tab po qd, DIFLORASONE DIACETATE 0.05 % OINT apply hand BID x 2 weeks,
LUBRIDERM LOTN apply to hands BID x 30 days.

PERTINENT PHYSICAL EXAMINATION
Extremities: abnormal
Details: Rt lower leg calf muscle very tender
no swelling

ASSESSMENT
Assessment: Rt lower leg contusion .

PLAN
Plan: see med orders
apply cold compress to the affected area.
pt advised to come to u c if swelling increases.
FollowUp Recommended: SickCall prn
Disposition: Return to housing

All
Washington, DC
Fax:

Case 1:08-cv-01497-EGS    Document 1-2    Filed 08/28/2008    Page 13 of 44

March 5, 2008
Page 1
Chart Document

## HAROLD BENNETT
Male  DOB:04/29/1959                    186909                    : (202)367-9008
                                                                  Ins: CDF MMHS (747) Grp: NE2

**03/04/2008 - TextNote: Fed clearance**
**Provider: Fidelis Doh - MD**
**Location of Care: Central Dentention Facility**

Cleared for Fed transfer with meds.

**Signed by Fidelis Doh - MD on 03/04/2008 at 9:19 PM**

---

**02/29/2008 - Dental Procedure: PROSTH. X 5**
**Provider: Clarence Hammond - DDS**
**Location of Care: Central Dentention Facility**

MED.HX.: NKDA; TXMENTAL HEALTH; HX DIABETES; HX HTN/TX; PAST HX OF SEIZURE.
REWAX TRY IN W/BITE REGISTRATION.
DISCUSSED WITH PATIENT.
OH INSTRUCTIONS.

**Signed by Clarence Hammond - DDS on 03/03/2008 at 10:02 AM**

---

**02/28/2008 - Nursing Note: urgent care**
**Provider: Angela Pearce-Young - RN**
**Location of Care: DC JAIL MMHS**

URGENT CARE _ RN
1 Vitals

Mobility
Arrival Means: Ambulatory
Time In: 2300
Comments: Pt present to urgent care with c/o right calf pain s/p playing racket ball. Pt states he felt
something pop in his let. Increase pain with ambulation unable to bear weight. Pt given ice pack and cane.
Pt examined by me. Pt medicated as ordered and returned to unit.

Vital Signs
Temperature(oral): 98.9 degrees F
Temperature site: oral
Pulse: 51
Respirations: 18
Blood pressure: 155/92 mm Hg

**Signed by Angela Pearce-Young - RN on 02/29/2008 at 12:12 AM**

6/27 0744

[illegible handwritten clinical notes]

ⓐ URI / [illegible]

RX(s) Filled
See medication list.

ANDREW POTTER, PHARMD.
CHIEF PHARMACIST
FCI CUMBERLAND
6-27

[illegible] FCI CUMBERLAND

FCI Cumberland

Fremont Hinds
35265-007

MR. HAROLD BENNETT
DCDC:186-909
REG. NO:35208-007
P.O. BOX 1000
FEDERAL CORRE CTIONAL INSTITUTION
CUMBERLAND, MARYLAND 21501-1000


JUNE 17, 2008


TO: MEDICAL RECORDS OFFICE, Administration
District of Columbia   Jail
1901 D. Street, S.E.  3rd. Floor
Washington, D.C. 20003


RE: REQUEST FOR COPY OF MEDICAL DOCUMENTS FROM JANUARY 21 , 2008
   THRU  MARCH 8, 2008 under F.O.I.A./D.C. Codes §§2-531,532

DEAR Records Clerk,

     Pursuant to D.C. Codes §§ 2-531,532, " Freedom of Information Act"
etc. I inmate Harold Bennett, DCDC 186-909 is in dire need of copies
of all medical diagnosis and treatments starting from 1/21/08 until,
3/8/08.

     I am currently confined in a U.S. Federal Prison in Cumberland,
Maryland.  These documents are needed expeditiously because of ongoing
legal litigation.   Please forward them to me as expeditiously as poss-
ible.

     If your office is not in possession of this requestor's medical
jacket, please forward this request immediately to the location
of these files. Or in the alternative provide me with the information
on the location, and personel who are currently in possession of requestor
medical jacket.

     Thank You very much for your time and patience in promptly handling
this matter.

                                    Respectfully Yours,

Date: June 17  2008

                                    Harold Bennett
                                    DCDC 186-909
                                    Reg. No:35208-007
                                    Fedral Correctional Inst.
                                    P.O. Box 1000
CC:File                             Cumberland, Maryland 21501

**UNITY HEALTH CARE**
**D.C. DEPARTMENT OF CORRECTIONS**
Medical Records Department
1901 "D" STREET SE
Washington, D. C. 2003

**MEMO:**

TO: *Harold Bennett*

Telephone (202) 698-0443
Fax        (202) 673-8962

**CENTRAL DETENTION FACILITY**
**FROM:** c/o MEDICAL RECORDS DEPARTMENT
1901 D STREET, S.E.
WASHINGTON, DC 20003

**DATE:** 6/23/08

**RE:** *Bennett, Harold*
*DCDe 186 — 90 9*

Your request to furnish medical information has been received; however, the following checked are applicable to this request item(s)

_____We are unable to identify this individual, please provide or verify identifying information such as full name of patient at the time of incarceration, social security number, and/or Department of corrections ID number.

_____ We have no record of this patient being treated at this correctional facility.

____✓*____ The authorization received, is insufficient for the release of sensitive medical information.

_____We are unable to locate all the records you requested, enclosed are portions of the record that are available.

_____ We regret to inform you that the legal requirements for keeping the medical record of the above named person have expired:
          Your request is being returned

_____

_____Patient was not at this facility for the dates/period that was request.

____✓*____ Other  *Your Signature is required pursuant to DC Codes 2 — 531, 532 & HIPPA regulation, return*

Sincerely Yours, _____*(Boya)*_____ HIMS CLERK

*A HIPPA authorization is enclosed.*

PS 1300.3
December 15, 2003
HIPAA Form 3
Attachment D
Page 1 of 2

**District of Columbia**
## DEPARTMENT OF CORRECTIONS

## AUTHORIZATION TO DISCLOSE
## PROTECTED HEALTH INFORMATION (PHI)

Purpose: This form is used to authorize DOC and its business associates to disclose PHI you have described and for the purpose you have stated herein.

Name: _Harold Bennett_

DCDC if inmate _186-909 Fed # 35208-007_ SSN if other _578-865027_

Facility: _Federal Correctional Inst, P.O. Box 1000, Cumberland MD 2150_

PHI to Be Used and/or Disclosed: Specifically and meaningfully describe the protected health information you are authorizing be used and/or disclosed: _1. copies of all medical records from 1-21-08 thru 3/8_
_2. copies of injury report from Southwest-1 on 3/11/08_
_and all diagnosis, treatments, + medicines related to this injury_

Entities Authorized to Use or Disclose PHI: Name or specifically describe the persons and/or organizations (or the classes of persons and/or organizations), including DOC, who you are authorizing to make use of and/or to disclose the protected health information described above:

_Self - Harold Bennett, 35208-007, FCI. Cumberland MD 21501_
(Name)
_Ms. Carol Miller, H.I.T., FCI., P.O. Box 1000, Cumberland MD_
(Name)                                                          (Organization) _21501_

Entities Authorized to Receive PHI: Name or specifically identify the persons and/or organizations (or the classes of persons and/or organizations) to whom you are authorizing the disclosure and subsequent use of PHI described above:

_Harold Bennett, 35208-007, Self, F.C.I., P.O. Box 1000, Cumberland_
(Name)                                          (Organization) _Maryland 21502_
_Ms. Carol Miller, H.I.T., FCI., P.O. Box 1000, Cumberland MD 2150_
(Name)                                          (Organization)
_Carolyn Damon, Fiance', 1603 19th St. S.E. Wash. D.C. 2002_
(Name)                                          (Organization)

Purpose of this Authorization:

☐ At request of individual

☒ For the following purposes
_This information is to be used in my pending_
_civil action in Superior Court, Wash. D.C. 2-001_

Effect of Granting this Authorization: The PHI described above may be disclosed to, received by, and further disclosed by persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws.

Authority: 45 C.F.R. § 164.508

PS 1300.3
December 15, 2003
HIPAA Form 3
Attachment D
Page 2 of 2

## SECTION D:  Expiration and revocation.

Expiration:  This authorization will expire (complete one):

☐ On  _____

☐ On occurrence of the following event [which must relate to the individual or to the purpose of the use and/or disclosure being authorized]:

_____

_____

_____

Right to Revoke:  I understand that I may revoke this authorization at any time by giving written notice of my revocation to the Contact Office listed below.  I understand that revocation of this authorization will *not* affect any action you took in reliance on this authorization before you received my written notice of revocation.

Contact Office  _____

Telephone  _____    Fax  _____

E-mail  _____

Address  _____

### INDIVIDUAL'S SIGNATURE.

I,  *Harold Bennett 36208-007* , have had full opportunity to read and consider the contents of this authorization, and I understand that, by signing this form, I am confirming my authorization of the use and/or disclosure of my protected health information, as described in this form.

X *Harold Bennett*                       *7-3-08*
       (Signature)                          (Date)

If this authorization is being granted by a personal representative on behalf of the individual, complete the following:

Personal Representative's Name  *CAROLYN DARMON*

Address  *1603 19th St. S.E., Wash. D.C. 20020*

Relationship to Individual  *FIANCE*

Verification of Identity and Authority  *Ph. 202-678-4706*

### YOU ARE ENTITLED TO A COPY OF THIS AUTHORIZATION AFTER YOU SIGN IT.

**Include this authorization in the individual's records.
Send copy to the Privacy Official.**

Authority:  45 C.F.R. § 164.508

URGENT!

BP-S148.070  **INMATE REQUEST TO STAFF MEMBER** CDFRM
APR 94
**UNITED STATES DEPARTMENT OF JUSTICE**            JUL 00 2008

                                                   **FEDERAL BUREAU OF PRISONS**

                                    DATE ___7-5-08___

TO: Ms. CAROL MILLER, H.I.T, Hltg. SVC.
        (Name and Title of Officer)

SUBJECT: State completely but briefly the problem on which you
desire assistance and what you think should be done (Give details).

M'am, could you please contact the D.C. Jail
Medical unit: CDF MMHS (2C2) ~~xxx-xxxx~~, and
have them specifically fax your office a copy
of my injury report of 3-1-08 concerning my
right ankle in cell-block S.W.-1, and it's diagnosis
of that injury by the attending P.A. on that date.
Also, could you please provide me with copies of
the X-RAY's and diagnostic sheets and treatments it
my right ankle here (Use other side of page if more space is needed)
                    At FCI Clmb. (conducted in late March
NAME: HAROLD BENNETT                               that I'm
                                                   Thank you
                                    No.: 35208-207

Work Assignment: F/S  AM

                                    UNIT: C-1

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and
intelligently. You will be interviewed, if necessary, in order to satisfactorily handle your request. Your
failure to specifically state your problem may result in no action being taken.

_____

DISPOSITION: (Do not write in this space)
                                    DATE ___7-14-08___
The request has been faxed to D.C. Jail. We will
see if we get any response. Also, enclosed are your
requested cum. records concerning your ankle.

                                    Officer
                                    CYM  C. Miller, HIT
                                         FCI Cumberland

Record Copy - File;
Copy - Inmate

(This form may be replicated via WP) Replaces BP-148 of OCT 86

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

AUTHORIZED FOR LOCAL REPRODUCTION

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
| --- | --- |

RX(s) Filled
See medication list.

ANDREW POTTER, PHARMD
CHIEF PHARMACIST
FCI CUMBERLAND

*(signature)* 2-14-08

HOSPITAL OR MEDICAL FACILITY
FCI CUMBERLAND

SPONSOR'S NAME

| STATUS | | |
| --- | --- | --- |
| | DEPART./SERVICE | RECORDS MAINTAINED AT |
| SSN/ID NO. | | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex;
Date of Birth; Rank/Grade.)

| | RELATIONSHIP TO SPONSOR | |
| --- | --- | --- |
| REGISTER NO. | | WARD NO. |

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 4/14/08 [illegible] | [illegible] |
| 4/15/08 | Sick call |
| 0637 | Discussed abnormal x-ray results [illegible] |
| | [illegible] (R) ankle dated 3/14/08 [illegible] |
| | Took x-rays to ortho for |
| | recommendation last week. Pt [illegible] |
| | [illegible] x-ray taken [illegible] |
| | [illegible] 3/10 [illegible] palpation, [illegible] |
| | [illegible], ↑ c |
| | wearing boots. |
| | [illegible] normal gait |
| | No edema/deformity/tenderness |
| | (P) [illegible] |
| | X-ray - 3/14/08 ? cuneiform Fx |
| | A. ? Fx - (R) cuneiform |
| | P. (1) Per c/d ortho, Dr. [illegible], Recommend |
| | pt wears hard sole boots x 1 month |
| | and no further Tx required |
| | (2) Pt educated Re: Tx plan to |
| | wear issued boots only x 1 month |
| | while bone heals |

J. Forster, PAC
FCI Cumberland

STANDARD FORM 600 (REV. 6-97) BAC

FPI. LEX. Printed on Recycled Paper

All
Washington, DC
Fax:

Case 1:08-cv-01497-EGS    Document 1-2    Filed 08/28/2008    Page 29 of 44

March 15, 2008
Page 1
Chart Document

## HAROLD BENNETT
Male  DOB:04/29/1959                    186909              : (202)367-9006
                                                            Ins: CDF MMHS (747) Grp: NE2

**03/04/2008 - TextNote: Fed clearance**
**Provider: Fidelis Doh - MD**
**Location of Care: Central Dentention Facility**

Cleared for Fed transfer with meds.

**Signed by Fidelis Doh - MD on 03/04/2008 at 9:19 PM**

**02/29/2008 - Dental Procedure: PROSTH. X 5**
**Provider: Clarence Hammond - DDS**
**Location of Care: Central Dentention Facility**

MED.HX.: NKDA; TXMENTAL HEALTH; HX DIABETES; HX HTN/TX; PAST HX OF SEIZURE.
REWAX TRY IN W/BITE REGISTRATION.
DISCUSSED WITH PATIENT.
OH INSTRUCTIONS.

**Signed by Clarence Hammond - DDS on 03/03/2008 at 10:02 AM**

**02/28/2008 - Nursing Note: urgent care**
**Provider: Angela Pearce-Young - RN**
**Location of Care: DC JAIL MMHS**

URGENT CARE _ RN
1 Vitals

Mobility
Arrival Means: Ambulatory
Time In: 2300
Comments: Pt present to urgent care with c/o right calf pain s/p playing racket ball. Pt states he felt
something pop in his let. Increase pain with ambulation unable to bear weight. Pt given ice pack and cane.
Pt examined by me. Pt medicated as ordered and returned to unit.

Vital Signs
Temperature(oral): 98.9 degrees F
Temperature site: oral
Pulse: 51
Respirations: 18
Blood pressure: 155/92 mm Hg

**Signed by Angela Pearce-Young - RN on 02/29/2008 at 12:12 AM**

All
Washington, DC
Fax:

Case 1:08-cv-01497-EGS    Document 1-2    Filed 08/28/2008    Page 31 of 44

March 5, 2008
Page 5
Chart Document

**HAROLD BENNETT**
Male  DOB:04/29/1959                    186909                    : (202)367-900
                                                                Ins: CDF MMHS (747) Grp: NE

Recommendation:
1). RTC 3 mos
2). Monitor CBC closely
3(, CBC prior to next visit.

2/15/08
DC Gen
Akpan

Signed by Angela Wilkins - NP on 02/25/2008 at 9:24 AM

---

**02/22/2008 - TextNote: hemne note**
**Provider: Mark Kotlarewsky - MD**
**Location of Care: Central Dentention Facility**

-pt at heme clinic w Dr. Akpan today
-unclear why
-pt should be sent to heme clinic in 3mos w appropriate labs
-will forward this event to referring provider

Signed by Mark Kotlarewsky - MD on 02/22/2008 at 12:39 PM

---

**02/15/2008 - TextNote: hematology clinic**
**Provider: Donald Marshall - MD**
**Location of Care: Central Dentention Facility**

pt was seen in hematology clinic at DCGH for mild neutropenia  and thrombocytopnia,
he decided to forgo BM biopsy at this time ,he is to return in 3months with a CBC prior
to that visit.

Signed by Donald Marshall - MD on 02/18/2008 at 6:49 AM

---

**02/13/2008 - Rx Refill: ASPIRIN 81 MG TAB, METFORMIN HCL 500 MG TABS, NORVASC 5 MG
TABS**
**Provider: Angela Wilkins - NP**
**Location of Care: Correctional Treatment Facility**

All
Case 1:08-cv-01497-EGS    Document 1-2    Filed 08/28/2008    Page 33 of 44
Washington,DC
Fax:

March 5, 2008
Page 6
Chart Document

## HAROLD BENNETT
**Male DOB:04/29/1959**      186909      : (202)367-9008    Ins: CDF MMHS (747) Grp: NE

**Prescriptions:**
ASPIRIN 81 MG TAB (ASPIRIN) one tab po qd  #90 x 0
    Entered and Authorized by:    Angela Wilkins - NP
    Signed by:    Angela Wilkins - NP on 02/13/2008
    Method used:   Print then Give to Patient
METFORMIN HCL 500 MG TABS (METFORMIN HCL) one tab po BID  #180 x 0
    Entered and Authorized by:    Angela Wilkins - NP
    Signed by:    Angela Wilkins - NP on 02/13/2008
    Method used:   Print then Give to Patient
NORVASC 5 MG TABS (AMLODIPINE BESYLATE) one tab po qd  #90 x 0
    Entered and Authorized by:    Angela Wilkins - NP
    Signed by:    Angela Wilkins - NP on 02/13/2008
    Method used:   Print then Give to Patient

**Signed by Angela Wilkins - NP on 02/13/2008 at 4:06 PM**

---

**02/12/2008 - Sick Call: Sick Call - Provider**
**Provider: Claudia Barrett - PA**
**Location of Care: Central Dentention Facility**

## Sick Call Visit
**Referral Source:** Self
**Dr Visit Chief Complaint:** I need refills on my creams
**Reason for Visit:** Sick Call
**Additional HPI:** 1) Pt c/o itchy and peeling feet x 3 weeks. States that he has been using Lubiderm w/ some relief.

2) Pt c/o inflamed hair bumps after braiding hair  - has used T-Stat in the past - requests refills.

3) Pt c/o itching and peeling on hands and palms - has used HC Cream in the past - helped. No bites or infestations. Has used chemicals in line of work in the past.

## Vital Signs
**Ht:** 70 in.
## Review of Systems
**General:** Denies chills, sweats, weight loss.
**fevers:** No
**Skin:** Complains of itching, dryness, suspicious lesions. Denies wound or infection.
**rash:** Yes

## Physical Exam

All
Washington, DC
1:08-cv-01497-EGS    Document 1-2    Filed 08/28/2008    Page 35 of 44
Fax:                                                          March 5, 2008
                                                             Page  4
                                                             Chart Document

**HAROLD BENNETT**                                          : (202)367-900█
Male  DOB:04/29/1959                   186909        Ins: CDF MMHS (747) Grp: NE█

POSTTRAUMATIC STRESS DISORDER (AXIS I) (DS4-309.81)
BORDERLINE PERSONALIY DISORDER (AXIS II) (DS4-301.83)
POLYSUBSTANCE DEPENDENCE (AXIS I) (DS4-304.80)
WOUND OPEN, TONGUE/FLOOR MOUTH W/COMPL (ICD-873.74)
BACK PAIN (ICD-724.5)
DYSHIDROTIC ECZEMA (ICD-705.81)

**Previous MEDS:**
NORVASC 5 MG TABS (AMLODIPINE BESYLATE) one tab po qd
METFORMIN HCL 500 MG TABS (METFORMIN HCL) one tab po BID
ASPIRIN 81 MG TAB (ASPIRIN) one tab po qd

**Assessment:** 1. dyshydrotic derm
- try diflorasone ointment
- avoid exacerbatin factors
2. missing dentures
- dental appt pending
3. bump in nose
- avoid picking nose
- RTC if worsens
- warm compress
SC PRN

**Plan:**

**New Medications:**
DIFLORASONE DIACETATE 0.05 % OINT (DIFLORASONE DIACETATE) apply hand BID x 2 weeks
LUBRIDERM LOTN (EMOLLIENT) apply to hands BID x 30 days

**Signed by Mark Kotlarewsky - MD on 02/28/2008 at 3:39 PM**
**Signed by Flora Akosua Amankwah - PA on 02/28/2008 at 4:24 PM**

---

**02/25/2008 - Consult Report: hematology**
**Provider: Angela Wilkins - NP**
**Location of Care: Central Dentention Facility**

Pt seen at DC Gen heme clinic for neutropenia and mild thrombocytopenia. Transcription of impression from Dr. Akpan noted below. Full report in pts paper chart:

*Impression:*
*1). Neutropenia: possible secondary to congenital neutropenia. R/o benign Chronic Neutropenic Autoimmune Process*
*2). Mild Thrombocytopenia secondary to increased periphearl destruction from his underslying hepatitis C.*

*Pt states since his WBC is improved would rather wait for his own doctor for the bone marrow asp.*

**All**
Washington, DC
Fax:

**HAROLD BENNETT**　　　　　　　　　　　　　　　　　　: (202)367-9008
Male  DOB:04/29/1959　　　　　　　186909　　　　　Ins: CDF MMHS (747) Grp: NE2

**07/22/2007 - Intake PPD: PPD READ**
**Provider: Tashea Helms - MA**
**Location of Care: Central Dentention Facility**

RECORD OF PPD READING

PPD READ
TB-PPD: Done (07/20/2007 9:41:35 PM)
PPD RESULT: 0

**Signed by Tashea Helms - MA on 07/22/2007 at 11:37 AM**

**All**
Washington, DC
Fax:

**HAROLD BENNETT**
Male  DOB:04/29/1959                    186909

: (202)367-9008
Ins: CDF MMHS (747) Grp: NE2

**03/22/2007 - Imaging Report: CHEST PA**
**Provider: Anthony Dukes**
**Location of Care: DC JAIL MMHS**

RADIOLOGY PROCESSING
*

X-ray Type: Intake
X-ray Group: CXR
X-ray Ordered: CHEST PA
Date Requested: 03/22/2007
Exam Status: Complete
Date of Exam: 03/22/2007
Technologist: A. Dukes

RADIOGRAPHIC REPORT
*

Report Date: 03/23/2007
Findings: Negative CXR
Other Findings: Per Radiologist Louis D. Napoli MD/epw
Report Status: Complete

**Signed by Jacqueline Nelson on 03/26/2007 at 1:24 PM**

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION  *(Sign each entry)* |

3/10/08
1830

## INTAKE SCREENING - MEDICATION RECONCILIATION & ORDER FORM

RECEIVED FROM: ☐ HOSPITAL RETURN  ☐ WRIT  ☐ BOP TRANSFER  ☐ SELF-SURRENDER  ☑ J&C /PV

Source of Medication List (check all that apply):  ☐ SF-659  ☐ Patient History/Interview

☐ Patient Medication List  ☐ Non-BOP Medical Records  ☐ Patient medication list/Rx Bottles

☐ Discharge Summary  ☐ Non-BOP pharmacy/physician/hospital consult  ☐ Other _____
(Initiate release of information request as appropriate)

☐ FILL OUT A PSYCHOTROPIC MEDICATION CONSENT FORM ( if applicable)

☐ Check here if this is an addendum to or revision of a previously completed medication reconciliation list

DRUG ALLERGIES :

| MEDICATION NAME (Write Legible) | FORM | DOSE (mg, mcg) | ROUTE (PO, SC, IV) | FREQ. | DURATION | LAST DOSE (DATE/TIME) | ACTION* | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. Aspirin | tab | 81 mg | PO | Daily | X30 day | #7g | (C) | S | DC |
| 2. Amlodipine | tab | 5 mg | PO | Daily | X30 day | #7g | (C) | S | DC |
| 3. Lisinopril | tab | 20 mg | PO | Daily | X30 day | #7g | (C) | S | DC |
| 4. | | | | | | | C | S | DC |
| 5. Lubiderm lotion | | not sent c̄ inmate | | | | | C | S | DC |
| 6. Diflorasone Diacetate | | | | | | | C | S | DC |
| 7. | | | | | | | C | S | DC |
| 8. | | | | | | | C | S | DC |
| 9. | | | | | | | C | S | DC |
| 10. | | | | | | | C | S | DC |
| 11. | | | | | | | C | S | DC |
| 12. | | | | | | | C | S | DC |

*Circle the appropriate selection. **C** = continue (serves as medication order); **S** = discontinue & substitute w/ below order;

**DC** = discontinue (not medically necessary, per policy, or referred to commissary).

Document reason for DC orders and link all S orders with appropriate new order.

Suzman Pooja, BSN
Pharmacy Tech. P
FCI Cumberland

RX(s) Filled
See medication list.    3-11-08
                         9/12

**NEW MEDICATION ORDERS** (continue on SF-600 back if necessary)

ADD TO CLINICS:  ID, HTN, DM

ANDREW POTTER, PHARMD.
CHIEF PHARMACIST
FCI CUMBERLAND

PROVIDER SIGNATURE & STAMP:  [signature]    3-11-08

Bennett Harold
35208-007

| | Records Maintained at: | FCI CUMBERLAND |
|---|---|---|
| | INMATE NAME: | |
| | INMATE NUMBER: | |
| | DATE OF BIRTH: | HEALTH SERVICES |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV 5-84)

FCI CUMBERLAND

STANDARD FORM 600 BACK

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry)

DATE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| ~~4/14/08~~ [illegible] | |
| 4/15/08 | Sick Call |
| 0657 | Discussed abnormal X-ray results taken on (R) ankle dated 3/14/08. C.D. took X-rays to ortho for recommendation last week. Pt reports ↓ pain since X-ray taken. Reports pain to ankle 3/10 s̄ radiation, reports ~~aggravating~~ alleviating/aggravating factors, ↑ c̄ wearing boots. |
| | O: A+O, NAD. normal gait. (R) foot – ∅ edema/deformity/tenderness. X-ray – 3/14/08 ? cuneiform fx. |
| | A: ? fx – (R) cuneiform |
| | P: (1) Per C.D. ortho, Dr. [illegible], recommends pt wears hard soled boots x 1 month and no further tx required. (2) Pt educated ref tx plan, to wear issued boots only x 1 month while being healed. |
| | [signature] J. Forster, PAC FCI Cumberland |

FPI. LEX. Printed on Recycled Paper

[illegible] 2008

Received
Mail Room
AUG 2 1 2008
Nancy Mayer Whittington, Clerk
US District Court, District of Columbia

NSN 7540-00-634-4176

AUTHORIZED FOR LOCAL REPRODUCTION

**MEDICAL RECORD**

**CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) |
|---|---|
| 3/14/08 9:00 | [illegible] |
| RX(s) Filled<br>See medication list. | Patient education on all medications ordered above. [illegible]<br>ANDREW POTTER, PHARMD.<br>CHIEF PHARMACIST<br>FCI CUMBERLAND<br>[signature] 2-14-08 |

HOSPITAL OR MEDICAL FACILITY: FCI CUMBERLAND

STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT

SPONSOR'S NAME | SSN/ID NO. | RELATIONSHIP TO SPONSOR

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. | WARD NO.

[illegible]

**CHRONOLOGICAL RECORD OF MEDICAL CARE**
Medical Record

**STANDARD FORM 600** (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

F
08-1497
EGS

**JS-44**
**(Rev.1/05 DC)**

## CIVIL COVER SHEET

### I (a) PLAINTIFFS

Harold Bennett

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
**(EXCEPT IN U.S. PLAINTIFF CASES)**

PRO SE (PO)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
# 35208-007

### DEFENDANTS

Adrian Fenty, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE

Case: 1:08-cv-01497
Assigned To : Sullivan, Emmet G.
Assign. Date : 8/28/2008
Description: Pro Se Gen. Civil

### II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

□ 1 U.S. Government Plaintiff

☒ 3 Federal Question
(U.S. Government Not a Party)

□ 2 U.S. Government Defendant

□ 4 Diversity
(Indicate Citizenship of Parties in item III)

### III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | □ 1 | □ 1 | Incorporated or Principal Place of Business in This State | □ 4 | □ 4 |
| Citizen of Another State | □ 2 | □ 2 | Incorporated and Principal Place of Business in Another State | □ 5 | □ 5 |
| Citizen or Subject of a Foreign Country | □ 3 | □ 3 | Foreign Nation | □ 6 | □ 6 |

### IV.  CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

□ **A.** *Antitrust*

□ 410 Antitrust

□ **B.** *Personal Injury/ Malpractice*

□ 310 Airplane
□ 315 Airplane Product Liability
□ 320 Assault, Libel & Slander
□ 330 Federal Employers Liability
□ 340 Marine
□ 345 Marine Product Liability
□ 350 Motor Vehicle
□ 355 Motor Vehicle Product Liability
□ 360 Other Personal Injury
□ 362 Medical Malpractice
□ 365 Product Liability
□ 368 Asbestos Product Liability

□ **C.** *Administrative Agency Review*

□ 151 Medicare Act

**Social Security:**
□ 861 HIA ((1395ff)
□ 862 Black Lung (923)
□ 863 DIWC/DIWW (405(g)
□ 864 SSID Title XVI
□ 865 RSI (405(g)

**Other Statutes**
□ 891 Agricultural Acts
□ 892 Economic Stabilization Act
□ 893 Environmental Matters
□ 894 Energy Allocation Act
□ 890 Other Statutory Actions (If Administrative Agency is Involved)

□ **D.** *Temporary Restraining Order/Preliminary Injunction*

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

□ **E.** *General Civil (Other)* OR ☒ **F.** *Pro Se General Civil*

**Real Property**
□ 210 Land Condemnation
□ 220 Foreclosure
□ 230 Rent, Lease & Ejectment
□ 240 Torts to Land
□ 245 Tort Product Liability
□ 290 All Other Real Property

**Personal Property**
□ 370 Other Fraud
□ 371 Truth in Lending
□ 380 Other Personal Property Damage
□ 385 Property Damage Product Liability

**Bankruptcy**
□ 422 Appeal 28 USC 158
□ 423 Withdrawal 28 USC 157

**Immigration**
□ 462 Naturalization Application
□ 463 Habeas Corpus- Alien Detainee
□ 465 Other Immigration Actions

**Prisoner Petitions**
□ 535 Death Penalty
□ 540 Mandamus & Other
☒ 550 Civil Rights
□ 555 Prison Condition

**Property Rights**
□ 820 Copyrights
□ 830 Patent
□ 840 Trademark

**Federal Tax Suits**
□ 870 Taxes (US plaintiff or defendant

□ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
□ 610 Agriculture
□ 620 Other Food &Drug
□ 625 Drug Related Seizure of Property 21 USC 881
□ 630 Liquor Laws
□ 640 RR & Truck
□ 650 Airline Regs
□ 660 Occupational Safety/Health
□ 690 Other

**Other Statutes**
□ 400 State Reapportionment
□ 430 Banks & Banking
□ 450 Commerce/ICC Rates/etc.

□ 460 Deportation
□ 470 Racketeer Influenced & Corrupt Organizations
□ 480 Consumer Credit
□ 490 Cable/Satellite TV
□ 810 Selective Service
□ 850 Securities/Commodities/ Exchange
□ 875 Customer Challenge 12 USC 3410
□ 900 Appeal of fee determination under equal access to Justice
□ 950 Constitutionality of State Statutes
□ 890 Other Statutory Actions (if not Administrative Agency Review or Privacy Act)

0

| □ G. *Habeas Corpus/ 2255* | □ H. *Employment Discrimination* | □ I. *FOIA/PRIVACY ACT* | □ J. *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment<br>(criteria: race, gender/sex,<br>national origin,<br>discrimination, disability<br>age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions<br>(if Privacy Act)<br><br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student<br>Loans (excluding veterans) |

| □ K. *Labor/ERISA (non-employment)* | □ L. *Other Civil Rights (non-employment)* | □ M. *Contract* | □ N. *Three-Judge Court* |
|---|---|---|---|
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting &<br>Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights<br>Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-<br>Employment<br>□ 446 Americans w/Disabilities-<br>Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment &<br>Enforcement of Judgment<br>□ 153 Recovery of Overpayment of<br>Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting<br>Rights Act) |

**V. ORIGIN**

X 1 Original
Proceeding   □ 2 Removed
from State
Court   □ 3 Remanded from
Appellate Court   □ 4 Reinstated
or Reopened   □ 5 Transferred from
another district
(specify)   □ Multi district
Litigation   □ 7 Appeal to
District Judge
from Mag.
Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS
□   ACTION UNDER F.R.C.P. 23   **DEMAND $**
0   Check YES only if demanded in complaint
**JURY DEMAND:** □ YES   X NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   □ YES   X NO   If yes, please complete related case form.

**DATE** 8/28/08   **SIGNATURE OF ATTORNEY OF RECORD** MCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.  RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.