AO 240 (1/94)

# United States District Court

FOR THE DISTRICT OF COLUMBIA

FILED
AUG 28 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

HAROLD BENNETT, Reg. #35208-007
PRO SE, Plaintiff

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

V.

MAYOR ADRIAN FENTY, D.C. Dept of Corrections, Cen. Det. Fac., Medical Staff, et. al
Defendants

CASE NUMBER: 08 1497

I, HAROLD BENNETT, PRO SE, declare that I am the (check appropriate box)

[X] petitioner/plaintiff/movant     [ ] other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?:    [X] Yes    [ ] No    (If "No" go to Part 2)

    If "Yes" state the place of your incarceration  Fed. Corr. Inst., Cumberland MD.

    Are you employed at the institution?  Yes   Do you receive any payment from the institution?  Yes

    Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?    [ ] Yes    [X] No

    a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

    b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have your received any money from any of the following sources?

    a. Business, profession or other self-employment    [ ] Yes    [X] No
    b. Rent payments, interest or dividends              [ ] Yes    [X] No
    c. Pensions, annuities or life insurance payments    [ ] Yes    [X] No
    d. Disability or workers compensation payments       [ ] Yes    [X] No
    e. Gifts or inheritances                             [ ] Yes    [X] No
    f. Any other sources                                 [ ] Yes    [X] No

    RECEIVED
    AUG 21 2008
    Clerk, U.S. District and
    Bankruptcy Courts

    If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

2.

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes" state the total amount. ___N/A___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

   ___N/A___

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   ___N/A___

I declare under penalty of perjury that the above information is true and correct.

___7-8-08___  ___[signature]___
   DATE           SIGNATURE OF APPLICANT

## CERTIFICATE

(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ ___1.14___ on account to his/her credit at (name of institution) ___FCI Cumberland___. I further certify that the applicant has the following securities to his/her credit: ___none___

___[crossed out]___. I further certify that during the past six months the applicant's average balance was $ ___18.62___.

Leave to file without Prepayment of Cost **GRANTED**
___[signature]___ U.S.D.J.

___[date]___   ___[signature]___
   DATE           SIGNATURE OF AUTHORIZED OFFICER

US District Court, District of Columbia
Received Mail Room
AUG 21 2008